**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:  06-** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION: 18 U.S.C. § 2113(b)** |
| **MICHELLE L. NEWMAN,** | : | **(Bank Theft)** |
| | : | |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States informs the Court**:**

### COUNT ONE

l.  At all times material to this Information, SunTrust Bank was a financial institution operating in the District of Columbia and elsewhere with deposits insured by the Federal Deposit Insurance Corporation.

2.  From in or about January of 2002 until on or about July 26, 2005, the defendant, MICHELLE L. NEWMAN, worked at SunTrust Bank in the Wealth Management Division. Defendant's Division with SunTrust Bank was based in the District of Columbia, but defendant, as part of her duties, traveled to SunTrust Bank offices in the District of Columbia, Virginia and Maryland.

3.  From in or about April 3, 2004, to in or about July 14, 2005, defendant NEWMAN submitted to SunTrust Bank in the District of Columbia fraudulent general ledger debits for alleged expenses for alleged bank client functions or expenses and supplies totaling at least $70,000. Defendant would have the resulting credited funds placed in her SunTrust personal checking account.

4.  From in or about 2002, until in or about July 14, 2005, within the District of Columbia and elsewhere, the defendant, MICHELLE L. NEWMAN, in a continuing course of conduct, did take and carry away with the intent to steal and purloin property and things of value exceeding $1,000, that is, money belonging to and in the care, custody, control, management and possession of SunTrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

**(Bank Theft, in violation of Title l8, United States Code, Section 2113(b))**

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA
D.C. Bar No. 451058


/ s /

By:  _____
DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, D.C.  20530
(202) 353-9431
Daniel.Butler@usdoj.gov