UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-098 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **MICHELLE L. NEWMAN,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF FILING OF PLEA AGREEMENT, THE FACTUAL PROFFER, AND LIST OF ELEMENTS FOR THE OFFENSE CHARGED

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, gives notice of the filing of copies of certain documents in the above-referenced matter. The documents being filed herewith include the following: (1) the signed plea agreement; and (2) the signed factual proffer ("Statement of Offense"). The originals of the signed documents will be provided to the Court at the time of the taking of the plea.

The United States, herewith, also sets forth the elements of the offense charged in the Information, that is, bank theft, in violation of 18 U.S.C. § 2113(b):

To sustain the charge of bank theft, the government must prove the following four propositions:

*First*: Defendant took and carried away money belonging to and in the care, custody, control, management and possession of SunTrust Bank;

*Second*: At that time, SunTrust Bank had its deposits insured by the Federal Deposit Insurance Corporation;

*Third*: Defendant took and carried away such money with the intent to steal; and

*Fourth:* Such money exceeded $1,000 in value.

Criminal Pattern Jury Instructions for the Tenth Circuit, 2.78 (2006); Pattern Jury Instruction for the Fifth Circuit, § 2.80 (2001).

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              UNITED STATES ATTORNEY


                              /s /
                              _____
                              DANIEL P. BUTLER
                              ASSISTANT UNITED STATES ATTORNEY
                              Bar No. 417718
                              555 4th Street, N.W., Room 5231
                              Washington, DC 20530
                              (202) 353-9431
                              Daniel.Butler@USDOJ.Gov


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing document (attachments have already been provided to defense counsel) has been served by U.S. Mail upon counsel for the defendant, James Binder, Esq., 13512 Minnieville Road, Woodbridge, Virginia 22193, on this 27th day of April, 2006.


                              / s /
                              _____
                              DANIEL P. BUTLER
                              ASSISTANT UNITED STATES ATTORNEY