AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

———— DISTRICT OF ————

UNITED STATES OF AMERICA

v.

Michelle L. Newman

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-98

I, _MICHELLE L. NEWMAN_, the above named defendant, who is accused of _BANK THEFT, IN VIOLATION OF 18:2113(b)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/11/2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Michelle Newman_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JAMES ROBERTSON, U.S. DISTRICT JUDGE