FILED
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-098 (JR) |
| v. | : | |
| MICHELLE L. NEWMAN, | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Michelle L. Newman, with the concurrence of her attorney, James Binder, agree and stipulate as follows: The defendant is charged by Information with one count of Bank Theft, pursuant to 18 U.S.C. § 2113(b).

At all relevant times, defendant was employed at SunTrust Bank in the Wealth Management Division. Defendant's Division was based in the District of Columbia As part of her duties, defendant traveled to visit SunTrust's offices in the District of Columbia, Virginia and Maryland.

In July of 2005, officials at SunTrust became concerned about general ledger entries made by defendant for alleged client functions and expenses or supplies that reportedly had been requested by specific team leaders and approved by defendant's supervisors. The SunTrust officials noted that a number of ledger entries for the debit ticket to pay these expenses made during the first six months of 2005 had forged signatures authorizing payments and that the offsetting credit ticket for each entry was deposited into the personal checking account of defendant.

An investigation of this matter showed more than 400 debits with corresponding credits being made to defendant's checking account. The respective team leaders, however, all denied that the events took place or, if there was a function, the team leaders stated that if there was such an event

it would not have required the monetary expense submitted by defendant. Each of the team leaders said they would have used their corporate credit cards for client entertainment. A bank investigator contacted defendant's supervisors for the relevant period. Both stated that the expenses would not have been authorized and the authorizing signatures were not their respective signatures.

Defendant submitted her resignation to SunTrust Bank on or about July 14, 2005. At that time, defendant told bank officials that her file for receipts for the expenses she submitted was missing. On or about July 26, 2005, a bank investigator met with defendant. At that time, defendant admitted to the investigator that she had developed a gambling habit in early 2002 and used the credits from the fraudulent general ledger expense entries to pay for her gambling.

A review of bank records for 2002 through 2005 showed a loss to SunTrust Bank of at least $70,000 from the activities of defendant.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA
D.C. Bar No. 451058

By: *Daniel P. Butler*

DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar No. 417718
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, James Binder, I agree and stipulate to this Statement of Offense.

Date: 4/19/06

_____
Michelle L. Newman
Defendant

I have discussed this Statement of Offense with my client, Michelle L. Newman. I concur with her decision to stipulate to this Statement of Offense.

Date: 4/19/06

_____
James Binder, Esquire
Attorney for Defendant Michelle L. Newman

3