# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**                    **CRIMINAL NO.  06-098(JR)**

**v.**

**MICHELLE L. NEWMAN**

## MOTION TO PRECLUDE
## DISCLOSURE TO EMPLOYER

COMES NOW the Defendant, MICHELLE L. NEWMAN, by her counsel

undersigned, and moves that this court enter an Order precluding contact by her

Probation Officer with defendant's present employer.

As grounds for her motion, defendant states that said communication would

serve neither the Government nor the defendant, and that such disclosures or

communications may result in the loss of her present employment, which is a term of

her probation.

MICHELLE L. NEWMAN

By Counsel

**T. JAMES BINDER**
Defense Counsel
13512 Minnieville Road
Woodbridge, Va.  22193
703-897-8302
Fax # 703-583-0992
VSB # 21006

## **CERTIFICATE**

I aver that a true copy of this Motion was transmitted by ~~facsimile and~~ first-class mail to Dan Butler, Esq., Assistant United States District Attorney, on this date, _____9/28/06_____.

T. JAMES BINDER